IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NANCY L. ELLIOTT,
   Plaintiff,
     v.

SPECIALIZED LOAN SERVICING, LLC,
   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-4804-TWT

**ORDER**

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 40] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 5]. The Plaintiff's Objections to the Report and Recommendation are without merit for the reasons stated by the Magistrate Judge in his thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 5] is GRANTED in part and DENIED in part.

SO ORDERED, this 2 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge