IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NANCY L. ELLIOTT,
   Plaintiff,
     v.

SPECIALIZED LOAN SERVICING, LLC,
   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-4804-TWT

**ORDER**

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 62] of the Magistrate Judge recommending granting McCurdy & Candler's Motion to Set Aside Default [Doc. 59]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Set Aside Default [Doc. 59] is GRANTED.

SO ORDERED, this 30 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Elliott\r&r2.wpd